**Order entered December 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01207-CV

## IN THE INTEREST OF B.W.S., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51685-2010**

## ORDER

We **GRANT** the December 1, 2015 amended motion to withdraw as counsel filed by Dan Wyde. We **DIRECT** the Clerk of the Court to remove Mr. Wyde as counsel for appellant. As Clint Westhoff of GoransonBain, PLLC has filed a notice of appearance and designation of lead counsel, all future communications to appellant regarding this appeal shall continue being directed to him.

The record remains due December 17, 2015.

/s/    CRAIG STODDART
JUSTICE